UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**JAMAAL COTTRELL,**

    Plaintiff,

v.                                                                       Case No. 07-11233
                                                                        Hon. Bernard A. Friedman

**BRIT-NET GROUP,**

    Defendant.
_____/

## **MEMORANDUM OPINION AND ORDER**

This matter is before the Court on Magistrate Judge Mona K. Majzoub's Report and Recommendation dated May 15, 2007. No objections were filed thereto.

This Court has had an opportunity to fully review this matter and believes that the Magistrate Judge has reached the correct conclusions for the proper reasons.

ACCORDINGLY:

IT IS HEREBY ORDERED that Magistrate Judge Mona K. Majzoub's Report and Recommendation dated May 15, 2007, is hereby accepted and adopted.

IT IS FURTHER ORDERED that plaintiff's complaint is dismissed.

IT IS FURTHER ORDERED that plaintiff's pending motions are denied as moot.

   June 8, 2007                                    s/Bernard A. Friedman
      Detroit, Michigan                         BERNARD A. FRIEDMAN
                                                             CHIEF JUDGE

**I hereby certify that a copy of the foregoing document
was served this date upon counsel of record
electronically and/or via first-class mail.**

    **/s/ Patricia Foster Hommel**
      **Patricia Foster Hommel**
**Secretary to Chief Judge Friedman**